**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **PRESQRIBER, LLC,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**COLLABORATIVE CARE DIAGNOSTICS, LLC (a/k/a BIOMEDIX) AND NEMO CAPITAL PARTNERS, LLC**<br><br>                                    Defendants. | Case No. 6:14-cv-861<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**AGREED MOTION TO DISMISS DEFENDANT COLLABORATIVE CARE
DIAGNOSTICS, LLC a/k/a BIOMEDIX WITHOUT PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Presqriber, LLC ("Presqriber") with the agreement of Defendant Collaborative Care Diagnostics, LLC (a/k/a BioMedix) ("BioMedix") files this agreed motion to dismiss without prejudice, with each party to bear its own costs, attorney's fees and expenses.

Wherefore, Plaintiff Presqriber respectfully requests that the Court enter the proposed order of dismissal submitted with this motion.


Dated: January 6, 2015                        Respectfully submitted,


                                                      */s/ Craig Tadlock*
                                                      Craig Tadlock
                                                      State Bar No. 00791766
                                                      John J. Harvey, Jr.
                                                      State Bar No. 09179770
                                                      Keith Smiley
                                                      State Bar No. 24067869
                                                      **TADLOCK LAW FIRM PLLC**
                                                      2701 Dallas Parkway, Suite 360
                                                      Plano, Texas 75093
                                                      903-730-6789

craig@tadlocklawfirm.com
john@tadlocklawfirm.com
keith@tadlocklawfirm.com

*Attorneys for Plaintiff Presqriber, LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 31, 2014, I conferred by email with Defendant BioMedix and BioMedix has agreed to the form and substance of this motion. Accordingly, this motion is an agreed motion.

    */s/ Keith Smiley*
Keith Smiley

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 6th day of January, 2015.

    */s/ Craig Tadlock*
Craig Tadlock