# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **PRESQRIBER, LLC,**<br><br>                    Plaintiff,<br><br>v.<br><br>**COLLABORATIVE CARE DIAGNOSTICS, LLC (a/k/a BIOMEDIX) AND NEMO CAPITAL PARTNERS, LLC**<br><br>                    Defendants. | Case No. 6:14-cv-861<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL OF DEFENDANT COLLABORATIVE CARE DIAGNOSTICS, LLC a/k/a BIOMEDIX WITHOUT PREJUDICE

On this day, the Court considered the Agreed Motion to Dismiss Defendant Collaborative Care Diagnostics, LLC (a/k/a BioMedix) Without Prejudice filed by Plaintiff Presqriber, LLC ("Presqriber"), and agreed to by Defendant Collaborative Care Diagnostics, LLC (a/k/a BioMedix) ("BioMedix").  Based on the Agreed Motion and the grounds asserted therein, the Court is of the opinion that the Agreed Motion should be GRANTED.

It is, therefore, ORDERED that this action and all claims asserted by Presqriber against BioMedix are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs, attorney's fees and expenses.

So ORDERED and SIGNED this 8th day of January, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE