AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| PRESQRIBER, LLC, <br><br> *Plaintiff(s)* <br> v. <br><br> COLLABORATIVE CARE DIAGNOSTICS, LLC (a/k/a BIOMEDIX), <br><br> *Defendant(s)* | Civil Action No. 6:14-cv-861 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* COLLABORATIVE CARE DIAGNOSTICS, LLC (a/k/a BIOMEDIX),
c/o John Romans - CEO
or an officer, a managing or general agent, or any other agent authorized by
appointment or by law to receive service of process
245 Roselawn Avenue E, Suite 38
Saint Paul, MN 55117

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Craig Tadlock
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, TX 75093
Tel: 903-730-6789
Email: craig@tadlocklawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/18/14

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:14-cv-861

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* COLLABORATIVE CARE DIAGNOSTICS, LLC (AKA BIOMEDIX)
was received by me on *(date)* 11/28/2014 .

☒ I personally served the summons on the individual at *(place)* 245 ROSELAWN AVENUE EAST, SUITE 38, SAINT PAUL, MINNESOTA, 55117 on *(date)* 12/1/2014 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JOHN ROMANS , who is designated by law to accept service of process on behalf of *(name of organization)* _____ CHIEF EXECUTIVE OFFICER on *(date)* 12/1/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/1/2014

_____
Server's signature

CHRIS F. MARTIN
Printed name and title

8014 HIGHWAY 55, #509, MINNEAPOLIS, MN. 55427
Server's address

Additional information regarding attempted service, etc: